IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIS PAUL SOTA,

      Petitioner,                    No. 2:12-cv-1242 KJN P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

      Respondents.              ORDER
_____/

        Petitioner is a state prisoner proceeding through counsel.  On October 25, 2012, petitioner filed a response to the court's order to show cause issued October 16, 2012.  Petitioner requests either a finding that all issues have been effectively exhausted or, in the alternative, that petitioner be granted a stay of these proceedings pursuant to <u>Rhines v. Weber</u>, 544 U.S. 269 (2005). (Dkt. No. 16 at 3-4.)

        Accordingly, IT IS HEREBY ORDERED that:

        1. Respondents shall file a response to petitioner's October 25, 2012 filing (dkt. no. 16) within twenty-one days from the date of this order; and

////

////

1

2. Petitioner's reply, if any, shall be filed seven days thereafter.

DATED: October 29, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sota1242.fb