1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LOUIS PAUL SOTA,

11              Petitioner,                    No. 2:12-cv-1242 KJN P

12        vs.

13
     CALIFORNIA DEPARTMENT OF
14   CORRECTIONS, et al.,

15              Respondents.              ORDER

16   _____/

17              Petitioner is a state prisoner proceeding through counsel.  On October 25, 2012,

18   petitioner filed a response to the court's order to show cause issued October 16, 2012.  Petitioner

19   requests either a finding that all issues have been effectively exhausted or, in the alternative, that

20   petitioner be granted a stay of these proceedings pursuant to <u>Rhines v. Weber</u>, 544 U.S. 269

21   (2005).  (Dkt. No. 16 at 3-4.)

22              Accordingly, IT IS HEREBY ORDERED that:

23              1.  Respondents shall file a response to petitioner's October 25, 2012 filing (dkt.

24   no. 16) within twenty-one days from the date of this order; and

25   ////

26   ////

1    2.  Petitioner's reply, if any, shall be filed seven days thereafter.

2 DATED:  October 29, 2012

3

4              _____

5             KENDALL J. NEWMAN
              UNITED STATES MAGISTRATE JUDGE

6 sota1242.fb

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26